FILED

MAY 15 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FREDERICK JAEGER,<br><br>Defendant. | CR 05–23–BU–DWM–2<br><br>ORDER |

The United States having moved unopposed for leave to have a witness testify via video,

IT IS ORDERED that the United States' motion (Doc. 274) is GRANTED. Dr. Leo J. Kadehjian may testify via video at the May 23, 2018 final revocation hearing in this matter. Prior to the hearing, counsel for the United States must contact the Court's IT staff to coordinate the appearance.

DATED this 15 day of May, 2018.

Donald W. Molloy, District Judge
United States District Court