IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05–23–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOHN FREDERICK JAEGER, | |
| Defendant. | |

The government having moved unopposed for leave to have Scott Irwin from Community, Counseling and Correctional Service ("CCCS") to testify via video at the October 11, 2022 final revocation hearing in this matter,

IT IS ORDERED that the motion (Doc. 377) is GRANTED. *See* Admin. Or. 22-14; *cf.* Fed. R. Crim. P. 32.1(b)(2)(C). The Clerk shall notify counsel via e-mail of the meeting ID and password prior to the hearing.

DATED this 6th day of October, 2022.

Donald W. Molloy, District Judge
United States District Court