DEFENDANT: JOHN FREDERICK JAEGER
CASE NUMBER: CR 05-23-BU-DWM-2

# UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### BUTTE DIVISION

UNITED STATES OF AMERICA

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

v.

JOHN FREDERICK JAEGER

Case Number: CR 05-23-BU-DWM-2
USM Number: 09045-046
Craig Shannon
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s)     of the term of supervision.

☒ was found in violation of condition(s) as listed below   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 (Mand. Cond. No. 3) | Positive urinalysis test and admission – methamphetamine | 07/05/2022 |
| 2 (Mand. Cond. No. 3) | Positive sweat patch – methamphetamine | 07/18/2022 |
| 3 (Mand. Cond. No. 3) | Positive sweat patch – methamphetamine | 08/19/2022 |
| 4 (Mand. Cond. No. 3) | Positive sweat patch – methamphetamine | 08/26/2022 |
| 5 (Mand. Cond. No. 1) | Careless driving citation | 08/29/2022 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)              and is discharged as to such violation(s).

☒ Violation No. 6  (St. Cond. No. 13 - failure to contact USPO) is dismissed based on the Court's consideration of the evidence.  Moreover, while the Court finds sufficient evidence to support Violation No. 5 (Mand. Cond. No. 1 – careless driving citation), that conduct is not considered revocable here because the defendant timely reported it to his supervising probation officer.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 6313

Defendant's Year of Birth: 1962

City and State of Defendant's Residence:
Butte, Montana

*October 11, 2022
Date of Imposition of Judgment

Signature of Judge

Donald W. Molloy, District Judge
Name and Title of Judge

October 13, 2022
Date

DEFENDANT:       JOHN FREDERICK JAEGER
CASE NUMBER:     CR 05-23-BU-DWM-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**8 months, with no term of supervision to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at        ☐ a.m.    ☐ p.m.    on

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

DEFENDANT:        JOHN FREDERICK JAEGER
CASE NUMBER:      CR 05-23-BU-DWM-2

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **NONE.**